## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Avdhesh Management Great Lakes, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  86-1269131

**4. Debtor's address**

**Principal place of business**

**70 Linden Oaks, Suite 300**
**Rochester, NY 14625**
Number, Street, City, State & ZIP Code

**Monroe**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Avdhesh Management Great Lakes, Inc.**  Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7255__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **Avdhesh Management Great Lakes, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Avdhesh Management Great Lakes, Inc.**　　　　　　　　　　　　　Case number (*if known*)
　　　Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|--|--|--|--|
|  | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Avdhesh Management Great Lakes, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 1, 2025**
MM / DD / YYYY

X **/s/ Kanu Priya Gupta**
Signature of authorized representative of debtor

**Kanu Priya Gupta**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ David H. Ealy, Esq.**
Signature of attorney for debtor

Date **July 1, 2025**
MM / DD / YYYY

**David H. Ealy, Esq. 2020832**
Printed name

**CRISTO LAW GROUP LLC**
Firm name

**d/b/a Trevett Cristo**
**45 Exchange Blvd., Suite 888**
**Rochester, NY 14614**
Number, Street, City, State & ZIP Code

Contact phone **(585) 454-2181**     Email address **dealy@trevettcristo.com**

**2020832 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Avdhesh Management Great Lakes, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 1, 2025**        X /s/ Kanu Priya Gupta
                                    Signature of individual signing on behalf of debtor

                                    **Kanu Priya Gupta**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Avdhesh Management Great Lakes, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NYS Dept. of Tax & Finance** Attn: BK Unit P.O. Box 5300 Albany, NY 12205 | | Sales tax | | | | $45,000.00 |
| **Canandaigua National Bank & Trust Co.** 72 South Main Street Canandaigua, NY 14424-1905 | | Equipment, Inventory, Accounts Receivable | | $61,485.00 | $37,750.00 | $35,335.00 |
| **Subway Real Estate, LLC** 1 Corporate Drive, Suite 1000 Shelton, CT 06484 | | Past due rent | | | | $30,000.00 |
| **Subway Real Estate, LLC** 1 Corporate Drive, Suite 1000 Shelton, CT 06484 | | Past due rent | Contingent Unliquidated | | | $13,000.00 |
| **Subway Real Estate, LLC** 1 Corporate Drive, Suite 1000 Shelton, CT 06484 | | Past due rent | Contingent Unliquidated | | | $11,000.00 |
| **Western Equipment Finance** P.O. Box 640 Devils Lake, ND 58301 | | Equipment, Inventory Accounts Receivable | | $8,000.00 | $37,750.00 | $8,000.00 |
| **Rochester Gas & Electric** 89 East Avenue Rochester, NY 14649-0001 | | Utility service | | | | $3,783.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

# United States Bankruptcy Court
## Western District of New York

In re **Avdhesh Management Great Lakes, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kanu Priya Gupta**<br>**271 Longleaf Lane**<br>**Macedon, NY 14502** | **Common** | **200** | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 1, 2025**

Signature **/s/ Kanu Priya Gupta**
**Kanu Priya Gupta**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of New York

In re  **Avdhesh Management Great Lakes, Inc.**  
                          Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 1, 2025**

**/s/ Kanu Priya Gupta**  
**Kanu Priya Gupta**/**President**  
Signer/Title

Benderson Development Co LLC
100 Chestnut St. #1120
Rochester, NY 14604


Canandaigua National Bank & Trust Co.
72 South Main Street
Canandaigua, NY 14424-1905


Chelus Herdzik Speyer & Monte PC
Main Court Building
438 Main Street
Buffalo, NY 14202


Five Star Bank
55 North Main Street
PO Box 110
Warsaw, NY 14569-0110


KASA Enterprises, LLC
2233 Union Rd
Canandaigua, NY 14424


Matthew R. St. Martin, Esq.
100 Church Street
Newark, NY 14513


NYS Dept. of Tax & Finance
Attn: BK Unit
P.O. Box 5300
Albany, NY 12205


Prizm Property Group
P.O. Box 708
Canandaigua, NY 14424


Rochester Gas & Electric
89 East Avenue
Rochester, NY 14649-0001


Subway Real Estate, LLC
1 Corporate Drive, Suite 1000
Shelton, CT 06484

Western Equipment Finance
P.O. Box 640
Devils Lake, ND 58301

Woods Oviatt Gilman LLP
Attn: John K. McAndrew
1900 Bausch & Lomb Place
Rochester, NY 14604

# United States Bankruptcy Court
## Western District of New York

In re **Avdhesh Management Great Lakes, Inc.**
                          Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Avdhesh Management Great Lakes, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 1, 2025** | **/s/ David H. Ealy, Esq.** |
| Date | **David H. Ealy, Esq. 2020832** |
| | Signature of Attorney or Litigant |
| | Counsel for **Avdhesh Management Great Lakes, Inc.** |
| | **CRISTO LAW GROUP LLC** |
| | **d/b/a Trevett Cristo** |
| | **45 Exchange Blvd., Suite 888** |
| | **Rochester, NY 14614** |
| | **(585) 454-2181 Fax:(585) 454-4026** |
| | **dealy@trevettcristo.com** |

# United States Bankruptcy Court
## Western District of New York

In re **Avdhesh Management Great Lakes, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kanu Priya Gupta**, declare under penalty of perjury that I am the **President** of **Avdhesh Management Great Lakes, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **1st** day of **July**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kanu Priya Gupta**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kanu Priya Gupta, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kanu Priya Gupta, President** of this Corporation is authorized and directed to employ **David H. Ealy, Esq. 2020832**, attorney and the law firm of **CRISTO LAW GROUP LLC** to represent the corporation in such bankruptcy case."

Date **July 1, 2025**

Signed /s/ Kanu Priya Gupta
**Kanu Priya Gupta**

Resolution of Board of Directors
of
**Avdhesh Management Great Lakes, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kanu Priya Gupta, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kanu Priya Gupta, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kanu Priya Gupta, President** of this Corporation is authorized and directed to employ **David H. Ealy, Esq. 2020832**, attorney and the law firm of **CRISTO LAW GROUP LLC** to represent the corporation in such bankruptcy case.

Date **July 1, 2025**  Signed **/s/ Kanu Priya Gupta**
                              **Kanu Priya Gupta**